83,962-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

APPLICATION FOR WRIT OF MANDAMUS

Trial Court Cause No. W08-51421-Y(A)
IN THE CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TEXAS

STYLE:    EX PARTE WARREN LABON DAVIS,  Applicant

TO:  THE HONORABLE COURT OF CRIMINAL APPEALS

COMES NOW,  WARREN LABON DAVIS, TDCJ No. 1529420, currently an INMATE
in the  TEXAS DEPARTMENT OF CRIMINAL JUSTICE, (TDCJ),  respectfully files his
PETITION for application for WRIT OF MANDAMUS  asking the HIGH COURT to issue
an ORDER to the lower convicting court compelling them to ACT, and to FORWARD
the applicant's  APPLICATION FOR WRIT OF HABEAS CORPUS to the COURT OF CRIMINAL
APPEALS without delay.

The APPLICANT also seek LEAVE OF THE HONORABLE COURT TO ORDER the CLERK
OF DALLAS COUNTY TEXAS to preform her MINISTRIAL DUTY,  and to TRANSMIT said
APPLICATION FOR WRIT OF HABEAS CORPUS under cause No. W08-51421-Y(A) to the
COURT OF CRIMINAL APPEALS within 30 days from the date of the COURT'S ORDER.

FACTUAL STATEMENT OF THE CASE

On or about **November 28, 2012** the applicant filed his instant application for WRIT OF HABEAS CORPUS with the CLERK OF DALLAS COUNTY TEXAS. Case No. W08-51421 Y(A) was assigned and the convicting COURT and DISTRICT ATTORNEY were both served with a copy of the WRIT.

On or about **December 20, 2012** the COURT signed an ORDER allowing the DISTRICT ATTORNEY time to resolve controverted, previously unresolved issues in the case. One year later, on or about **December 13, 2013** filed the STATE'S RESPONSE TO THE APPLICATION FOR WRIT OF HABEAS CORPUS, and in it's response requested additional time to file a SUPPLEMENTAL RESPONSE at a later date.

On or about **March 10, 2014** the STATE filed it's SUPPLEMENTAL RESPONSE TO THE pending APPLICATION FOR WRIT OF HABEAS CORPUS but filed **NO "** **Findings of Facts** and or **Recommandation** to the COURT on it's position with respect to said WRIT. **"**

Since the filing of the SUPPLEMENTAL RESPONSE filed on March 10, 2014 the COURT, nor the CLERK has **NOT** taken any action whatsoever, and to date, the APPLICANT'S **WRIT OF HABEAS CORPUS** has just been sitting dormant in the CONVICTING COURT for a [ Additional Year ] now without DUE PROCESS. It is for those foregoing reasons the PETITIONER now seek permission from the HONORABLE COURT OF CRIMINAL APPEALS for issuance of a **WRIT OF MANDAMUS** against the CRIMINAL DISTRICT COURT 7 IN DALLAS COUNTY TEXAS, AND THE DISTRICT CLERK OF DALLAS COUNTY TEXAS compelling them to ACT.

Applicant contends that he has complied with the Judicial requirements governing the issuance of a STATE WRIT OF MANDAMUS and hereby offer the following in support of said argument.

a).   Applicant's Writ of Habeas Corpus was filed on 11/28/2012 and received and processed by the CLERK OF THE COUNTY on the same date.

b).   Said Writ of Habeas corpus was returnable to the COURT OF CRIMINAL APPEALS OF TEXAS  and therefore the CONVICTING COURT has a DUTY TO ACT.

c).   Between December 20, 2013  to present date,  the Applicant has both written letters to the CLERK OF THE COURT,  and has elicited the help of family members by  calling the COURT asking for the WRIT to be forwarded to the COURT OF CRIMINAL APPEALS.

d).   As of the date of this filed APPLICATION FOR WRIT OF MANDAMUS, the Convicting Court, nor the DISTRICT CLERK OF DALLAS COUNTY TEXAS has NOT transmitted or forwarded the applicant's WRIT to the HIGH COURT.

## ADDITIONAL FACTORS TO CONSIDER

Once the STATE delays the transmission of a WRIT OF HABEAS CORPUS by issuing an ORDER designating issues to be resolved,  the COURT MUST enter it's FINDINGS OF FACTS AND CONCLUSIONS OF LAW prior to said transmission.  If the STATE has requested or ORDERED  an  Affidavit from any defense attorney resulting from a claim of Ineffective Assistance of Counsel raised as a GROUND,  the attorney MUST comply with the COURT'S ORDER.

3).

In the STATE'S RESPONSE AND SUPPLEMENTAL reply filed on 3/10/2014, the DISTRICT ATTORNEY representing the STATE request the following;

[       To that end, the STATE requests that this COURT gather evidence by requesting an **affidavit** from Applicant's **Trial Attorney**, Mr. Scottie Allen which provides the information needed to dispose of Applicant's claims.       ]

The applicant has **NOT** received a copy of any affidavit from Attorney Scottie Allen, The applicant has **NOT** received any **Findings of Facts** from the Convicting Court and this **DELay** attempts to be a reason to Delay Justice and keep the applicant incarcerated when in fact he may be entitled to **Relief.**

The supreme Court has held that any delay outside of eighteen (18) months by the **CONVICTING COURT** is impermissible, and a WRIT OF MANDAMUS should issue if sought. Here in this instance case NOW before the COURT, the convicting COURT has held the applicant's APPLICATION FOR WRIT OF HABEAS CORPUS for over **Two** years and **Seven** months. This is well outside of the zone of Judicial reasoning, and unacceptable.

Citing     **Johnson v. Rodger** 917 F2d 1283

**Martin v. Hamlin,** 25 S.W. 3d 718, 719

4).

## PRAYER

Applicant pray the HONORABLE COURT OF CRIMINAL APPEALS issue an **ORDER** so directing the DALLAS COUNTY DISTRICT CLERK AND THE CONVICTING COURT TO Conclude it's FINDINGS OF FACTS AND CONCLUSIONS OF LAW within 30 days from the date of the COURTS ORDER and to **TRANSMIT** the applicant's WRIT OF HABEAS CORPUS along with any additional findings to the COURT OF CRIMINAL APPEALS without delay.

Signed and Submitted this _11th_ day of **JUNE** 2015

_____
Warren Labon Davis
Applicant/Pro Se

## CERTIFICATE OF SERVICE

I, WARREN LABON DAVIS, TDCJ No. 1529420 Certify that a true and correct copy of this foregoing instrument has been served on the party listed below via U.S. Mail, postage prepaid by placing in the prison mail box this _11th_ day of **JUNE** 2015.

IN THE COURT OF CRIMINAL APPEALS
P.O. Box 12308, Capitol Station
Austin, Texas 78711

_____
Warren Labon Davis
Applicant/Pro Se

5).

INMATE UNSWORN DECLARATION


I, WARREN L. DAVIS, TDCJ No. 1529420 declare under penalty of perjury that all information listed herein is true and correct to the best of my knowledge, I am currently incarcerated in TDCJ located at 1525 F.M. 766 Cuero, Texas 77954 in DEWITT COUNTY TEXAS.


Signed this __11th__ day of JUNE 2015


Warren L. Davis
Applicant/Pro Se


6).

APPLICATION FOR WRIT OF MANDAMUS

SUPPORTING DOCUMENTS- EXHIBITS

1).    EXHIBIT (A).    Confirmation of filed WRIT from the DISTRICT CLERK

2).    EXHIBIT (B).    Copy of Order designating issues from the Court



GARY FITZSIMMONS
DALLAS COUNTY DISTRICT CLERK

*Date:* November 28, 2012

*RE:* W08-51421 Y(A)

*Ex Parte:* WARREN LABON DAVIS

Dear Mr./Ms.**DAVIS**

The application for Writ in the above styled cause has been referred to the **CRIMINAL**

**District Court #7, Dallas County, Texas** for processing. Please be advised that all future

correspondence should indicate the above listed cause number.

Sincerely,

GARY FITZSIMMONS
District Clerk
Dallas County, Texas

By: _____
Deputy/EGGLESTON

133 North Riverfront Blvd. LB 12 – Dallas, Texas 75207 – (214) 653-5973
FAX (214) 653-5986 - e-mail: Sylvia.Medrano@DallasCounty.org
Web Site: www.dallascounty.org/department/districtclerk/districtclerk_index.html

CAUSE NO. W08-51421-Y(A)

EX PARTE            *       IN THE CRIMINAL

WARREN LABON DAVIS,          *       DISTRICT COURT NO. 7

APPLICANT           *       DALLAS COUNTY, TEXAS

### ORDER DESIGNATING ISSUES

*Brown*

Having considered the applicant's Application for Writ of Habeas Corpus and the State's Response, the Court finds that controverted, previously unresolved facts material to the legality of the Applicant's confinement exist. The Court finds that each of the allegations set forth in the application are controverted, unresolved factual issues which require additional evidence and/or testimony to be resolved.

The court appoints April E. Smith to resolve the issues and prepare findings of fact and conclusions of law for the Court. The issues may be resolved by affidavits, depositions, interrogatories, or by hearings, as deemed necessary by the person appointed herein.

*Above appointed attorney does not represent the Applicant. Applicant is not entitled to counsel at this time.*

The Clerk of the Court is ORDERED to send a copy of this order to Applicant, or Applicant's counsel (if so represented) and to counsel for the State.

Signed this   20   day of   December  , 2012.

_____
JUDGE